ANNA HOCHSTEIN, Respondent, *v.* SOLOMON SCHLANGER, Appellant.

Reported below, 150 App. Div. 124.
(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1912, affirming an order of Special Term granting a motion for judgment in favor of plaintiff on the pleadings.

Also, motion by appellant for relief from default.

The motion to dismiss was made upon the ground that appellant had failed to file the required undertaking.

*Meyer Levy* for appellant.

*Henry J. Block* for respondent.

Motion to be relieved from default granted upon the defendant within ten days paying the respondent ten dollars costs and filing the requisite undertaking. On failure to comply with these terms the motion to dismiss appeal is granted, with ten dollars costs. If the terms are complied with the motion to dismiss is denied, without costs.